IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LIA X. XIONG,

                Plaintiff,

     v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

                Defendant.

No. CV 06-1775-ST

JUDGMENT

**MOSMAN, J.,**

    Based on the Opinion and Order of the court filed February 6, 2008 (#28) adopting the Magistrate Judge's Findings and Recommendations (#24),

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision be REVERSED and REMANDED for the calculation and payment of benefits pursuant to Sentence Four of 42 U.S.C. § 405(g).

    DATED this  11th  day of February, 2008.

                                 /s/ Michael W. Mosman
                                 MICHAEL W. MOSMAN
                                 United States District Judge

PAGE 1 - JUDGMENT