Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LIA X. XIONG

    Plaintiff,

    v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

    Defendant.

CV 06-1775-ST

ORDER FOR EAJA
ATTORNEY FEES

Based upon the stipulation of the parties, the Court orders the Commissioner of Social Security Administration to pay Equal Access to Justice Award (EAJA) attorney fees in the amount of $4,207.06 for attorney fees to Plaintiff in care of Plaintiff's attorney to be mailed to Plaintiff's attorney

It is so ORDERED

Dated this 28th day of 2008

United States Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES