Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

FILED'08 OCT 22 09:32 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LIA X. XIONG<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>Defendant. | CV 06-1775-ST<br><br>ORDER GRANTING<br>ATTORNEYS' FEES UNDER<br>42 U.S.C. § 406(b) |

Attorneys' fees in the amount of $5,470.42 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of the circumstances in this case. Previously, this court awarded Plaintiff attorney fees in the amount of $4,207.06 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the 406(b) check for payment to Plaintiff's attorneys, the Commissioner is directed to subtract the amount previously awarded under the EAJA and send Plaintiff's attorney the balance of $1,263.36 minus any applicable processing fees as allowed by statute.

DATED this 21 day of Oct. , 2008.

_____
United States District Judge

Presented by:

/s/ Alan Graf
Alan Graf
Of Attorneys for Plaintiff

ORDER GRANTING ATTORNEYS' FEES